ACCEPTED
03-13-00799-CR
4506769
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/16/2015 10:53:53 AM
JEFFREY D. KYLE
CLERK

# GRAY & BRIGMAN, PLLC

## ATTORNEYS AT LAW

Tel 325-653-4594      206 West College Avenue

Fax 325-657-0039      San Angelo, Texas 76903

Toll Free 888-559-5585

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
3/16/2015 10:53:53 AM
JEFFREY D. KYLE
Clerk

MELVIN GRAY
FRED C. BRIGMAN, III

March 16, 2015

Jeffrey D. Kyle
Clerk, Third Court of Appeals
P.O. Box 12547
Austin, TX 78711-2547

Re:     Cause No. 03-13-00799-CR*; Billy Jack Vercher v. State of Texas*

Dear Mr. Kyle:

This letter is to acknowledge the receipt of the notice of setting for submission and oral argument for April 9, 2015, at 8:30 a.m. in San Angelo, Texas.

I will be present for the oral argument.

Sincerely,

/s/ *Melvin Gray*

MELVIN GRAY

MG:sg

xc:   Jason Ferguson
     Assistant District Attorney
     Via EServe